# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4318
_____

JOSHUA ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

August 5, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rocco Joseph Carbone, III of the Law Offices of Rocco J. Carbone, III, PLLC, St. Augustine, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.